UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>BENJAMIN RODRIGUEZ<br>    (a/k/a: Demon),<br>BRANDON DANIEL ROSE,<br>DEREK THOMAS SAMUELS,<br>BULMARO CONTRERAS-FIGUEROA<br>    (a/k/a: Israel Contreras),<br>JUAN DE DIOS SERRANO-GERONIMO,<br>JON ALLEN LOZEAU<br>    (a/k/a: Kubb),<br>JESUS MICHAEL SANCHEZ,<br>ALBERT ISSIAH GARZA<br>    (a/k/a: Lil Wolfie),<br>JOHNNY G. ROMERO MORENO<br>    (a/k/a: Lo),<br>TAMMY DENISE GREEN<br>    (a/k/a: Tammy D. Mitchell),<br>MARK LAWRENCE ELLIOTT,<br>TAMMY MARIE ALLEN<br>    (a/k/a: Tammy M. Rupert),<br>CHRISTOPHER LEE SPRINGER,<br>DANNIE PAUL BOWLING III,<br>CHRISTOPHER ROBERT COOPER,<br>JULIE JEANINE MARDIS-RAY,<br>DUANE EDWARD GRAY, and<br>CHAD HAROLD SHOEMAKER. | 2:17-CR-0229-TOR-1-16, 18-19<br><br>ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER |

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER - 1

Defendants.

BEFORE THE COURT is the United States' Motion for Protective Order (ECF No. 300). The motions was submitted for consideration without oral argument. Having reviewed the record and the files therein, the Court is fully informed. For good cause shown, the motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Discovery materials that contain the voice or image of a confidential source will be made available for defense counsels' review at the United States Attorney's Office. Until further order of the Court, those materials may not be shown to the Defendants;

3. Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

4. Defense counsel may show to, and discuss with the Defendants, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

5. Defense counsel shall not provide original or copies of discovery materials to the Defendants;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER - 2

7.   The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 2:17-CR-00229-TOR; provided however, any written reference to the content of the protected discovery shall be filed under seal.  However, no motion to seal is required; counsel is advised to file the sealed document without first obtaining leave of court.

The District Court Executive shall file this order and provide copies to the parties.

DATED January, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER - 3