UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN RODRIGUEZ,<br><br>Defendant. | NO. 2:17-CR-0229-TOR-1<br><br>ORDER DENYING MOTION FOR RECONSIDERATION, ETC. |

BEFORE THE COURT are Defendant's Emergency Motion for Reconsideration, Motion Requesting Appointment of Counsel, and Request to Take Judicial Notice. ECF No. 1220. The Court has reviewed the record and files herein and is fully informed.

Defendant's Motion to Reduce Sentence was denied on August 8, 2021. ECF No. 1212. Defendant filed a Notice of Appeal on August 19, 2021. ECF No. 1214. On August 30, 2021, Defendant filed the instant motions and request.

ORDER DENYING MOTION FOR RECONSIDERATION, ETC. ~ 1

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *United States v. Vroman*, 997 F.2d 627 (9th Cir. 1993) (holding that the district court was without jurisdiction to respond to defendant's motion for reconsideration because he filed it after having filed a notice of appeal).

Were this Court to use the "indicative ruling" procedure of Federal Rules of Appellate Procedure Rule 12.1, the Court would deny the motions and request. Defendant has not established plausible grounds for relief and has received a replacement C-PAP machine (ECF No. 1220 at 4).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Emergency Motion for Reconsideration, Motion Requesting Appointment of Counsel, and Request to Take Judicial Notice, ECF No. 1220, are **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** August 31, 2021.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION, ETC. ~ 2