FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, v. BENJAMIN RODRIGUEZ, Defendant. | NO. 2:17-CR-0229-TOR-1 ORDER DENYING DEFENDANT'S THIRD MOTION TO REDUCE SENTENCE |
|---|---|

BEFORE THE COURT is Defendant's third Motion for Sentence Reduction. ECF No. 1414. The Court has reviewed the record and files herein, the briefing, and is fully informed.

For all the reasons already expressed in the file, Defendant's motion is denied.

ORDER DENYING DEFENDANT'S THIRD MOTION TO REDUCE SENTENCE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED:**

2  Defendant's third Motion for Sentence Reduction, ECF No. 1414, is

3  **DENIED**.

4  The District Court Executive is directed to enter this Order and furnish

5  copies to the parties.

6  **DATED** August 21, 2025.

8  THOMAS O. RICE
United States District Judge

ORDER DENYING DEFENDANT'S THIRD MOTION TO REDUCE SENTENCE ~ 2